Decided October 8, 1998

### STATE OF CONNECTICUT *v.* CRAIG HOTH

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 77 (AC 17615), is denied.

*Elizabeth M. Inkster*, assistant public defender, in support of the petition.

*Paul J. Ferencek*, assistant state's attorney, in opposition.

Decided October 8, 1998